UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

_____

| | |
|---|---|
| EVANSTON INSURANCE | CIVIL ACTION NO. 06-1603-A |
| -vs- | JUDGE DRELL |
| BROADWAY GROCERY, INC., et al. | MAGISTRATE JUDGE KIRK |

**J U D G M E N T**

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the Motion for Summary Judgment (Doc. #10), is DENIED.

SIGNED on this 24th day of July, 2007, at Alexandria, Louisiana.

Dee D. Drell
United States District Judge